UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL SMALL,

    Plaintiff,

-vs-                                    CASE NO.: 4:18-CV-00128-CDL

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Michael Small, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: December 13, 2018.

                                                  /s/Octavio Gomez
                                                Octavio "Tav" Gomez, Esquire
                                                Georgia Bar #: 617963
                                                Morgan & Morgan, Tampa, P.A.
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 223-5402
                                                tgomez@forthepeople.com
                                                jderry@forthepeople.com
                                                jkneeland@forthepeople.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jarrod S. Mendel, McGuire

Woods LLP, 1230 Peachtree Street NE, Suite 2100, Promenade, Atlanta, GA 30309 (JMendel@mcguirewoods.com).

                                                  */s/Octavio Gomez*
                                                  Octavio "Tav" Gomez, Esquire
                                                  Attorney for Plaintiff