UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL SMALL,

    Plaintiff,

-vs-                                      CASE NO.: 4:18-CV-00128-CDL

BLUESTEM BRANDS, INC., d/b/a
FINGERHUT,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michael Small, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of May, 2019.

| | |
|---|---|
| */s/Octavio "Tav" Gomez* | /s/ *Jarrod S. Mendel* |
| Octavio "Tav" Gomez, Esquire | Jarrod S. Mendel, Esquire |
| Georgia Bar #: 617963 | Geogia Bar No.: 435188 |
| Morgan & Morgan, Tampa, P.A. | McGuire Woods LLP |
| 201 North Franklin Street, 7th Floor | 1230 Peachtree Street NE |
| Tampa, FL 33602 | Suite 2100, Promenade |
| Telephone: (813) 223-5505 | Atlanta, GA 30309 |
| Facsimile: (813) 223-5402 | Telephone: (404) 443-5713 |
| tgomez@forthepeople.com | Facsimile: (404) 443-5687 |
| jderry@forthepeople.com | jmendel@mcguirewoods.com |
| jkneeland@forthepeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jarrod S. Mendel, McGuire Woods LLP, 1230 Peachtree Street NE, Suite 2100, Promenade, Atlanta, GA  30309 (JMendel@mcguirewoods.com).

>     */s/Octavio "Tav" Gomez*
>     Octavio "Tav" Gomez, Esquire
>     *Attorney for Plaintiff*